

# Fourth Court of Appeals
## San Antonio, Texas

April 1, 2020

No. 04-19-00642-CV

David **RODRIGUEZ**,
Appellant

v.

Richard R. **STORM** Jr.; H-E-B, LP, Law office of Shelton & Valadez; Mark A. Giltner; William Tate; and Stephen Martinez,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-13590
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

Appellant's reply brief was due on March 20, 2020. *See* TEX. R. APP. P. 38.6(c). Before the due date, Appellant filed a first motion for a thirty-day extension of time to file the reply brief. On March 31, 2020, Appellant filed his reply brief.

Appellant's motion is GRANTED. Appellant's reply brief is deemed timely filed.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of April, 2020.

_____
Michael A. Cruz,
Clerk of Court